**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WISCONSIN

Case number *(if known)* _____    Chapter    __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **OvaInnovations. LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **a/k/a OvaInnovations** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **84-4531603** |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **316 West Washington Avenue, Suite 500A**<br>**Madison, WI 53703**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Dane**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

**5.    Debtor's website (URL)**

**6.    Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **OvaInnovations. LLC**                                              Case number *(if known)*
_____
Name

---

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
____ ____

---

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ☒ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

---

Debtor   **OvaInnovations. LLC**
_____
Name                                                                          Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,000-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **OvaInnovations. LLC**

_____
Name

Case number *(if known)* _____

---

**16.  Estimated liabilities**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million

- [ ] $1,000,001 - $10 million
- [x] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million

- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

---

### ▉ Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/05/2024
          MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Title  **President**

**OvaInnovations, LLC**

**By:  Anada, Inc., Sole Member**

**David Rettig, President**
Printed name

---

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  04/08/2024
      MM / DD / YYYY

**Kristin J. Sederholm 1001895**
Printed name

**Krekeler Law, S.C.**
Firm name

**26 Schroeder Court, Suite 300**
**Madison, WI 53711**
Number, Street, City, State & ZIP Code

Contact phone  **608-258-8555**        Email address  **ksederho@ks-lawfirm.com**

**1001895 WI**
Bar number and State

Debtor   **OvaInnovations. LLC**

_____          Case number (*if known*) _____
Name

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Anada, Inc.** | | Relationship to you | **Affiliate** |
| District | **Western District of Wisconsin** | When | Case number, if known | |
| Debtor | **Crimson Holdings, LLC** | | Relationship to you | **Affiliate** |
| District | **Western District of Wisconsin** | When | Case number, if known | |

**OVAINNOVATIONS, LLC**, has not prepared a recent balance sheet, statement of operations, or cash flow statement.  Last balance sheet or other financial documents were prepared in _February 29, 2024_.

**OVAINNOVATIONS, LLC**

By:  Anada, Inc., Sole Member

Date: _April 5, 2024_          _Jal Rettig, President_

David Rettig, President

**Income Statement**
**As of February 29, 2024**
**DRAFT COPY**

| | JANUARY | | | FEBRUARY | | | YTD | | |
|---|---|---|---|---|---|---|---|---|---|
| | ACTUAL | BUDGET | VARIANCE | ACTUAL | BUDGET | VARIANCE | ACTUAL | BUDGET | VARIANCE |
| **EDIBLE** | | | | | | | | | |
| Sales - Edible | 231,503 | 682,348 | (450,845) | 275,002 | 682,348 | (407,346) | 506,505 | 1,364,696 | (858,191) |
| Supply - Edible | 50,190 | 462,500 | (412,310) | 105,565 | 462,500 | (356,935) | 155,755 | 925,000 | (769,245) |
| **Edible Profit** | 181,313 | 219,848 | (38,535) | 169,437 | 219,848 | (50,411) | 662,260 | 2,289,696 | (1,627,436) |
| Edible Margin | 78.3% | 32.2% | 46.1% | 61.6% | 32.2% | 29.4% | 130.8% | 167.8% | -37.0% |
| | | | | | | | | | |
| **INEDIBLE** | | | | | | | | | |
| Sales - Inedible | 1,169,045 | 1,343,664 | (174,619) | 1,120,319 | 1,343,664 | (223,345) | 2,289,364 | 2,687,328 | (397,964) |
| Supply - Inedible | 177,373 | 277,181 | (99,808) | 278,752 | 277,181 | 1,571 | 456,125 | 554,362 | (98,237) |
| Production | | | | | | | | | |
| COGS - Salaries & Labor | 215,926 | 199,953 | 15,973 | 195,900 | 199,953 | (4,053) | 411,826 | 399,906 | 11,920 |
| COGS - Packaging & Supplies | 109,701 | 107,053 | 2,648 | 159,353 | 107,053 | 52,300 | 269,054 | 214,106 | 54,948 |
| COGS - Utilities | 103,063 | 85,000 | 18,063 | 88,655 | 85,000 | 3,655 | 191,718 | 170,000 | 21,718 |
| COGS - General - Disposal | 19,542 | 10,000 | 9,542 | 44,193 | 10,000 | 34,193 | 63,735 | 20,000 | 43,735 |
| COGS - Other Expenses | 31,992 | 26,000 | 5,992 | 139,594 | 26,000 | 113,594 | 171,586 | 52,000 | 119,586 |
| COGS - Inventory Consumed | 182,139 | 150,000 | 32,139 | 73,104 | 150,000 | (76,896) | 255,243 | 300,000 | (44,757) |
| Total Production | 662,363 | 578,006 | 84,357 | 700,799 | 578,006 | 122,793 | 1,363,162 | 1,156,012 | 207,150 |
| Freight | | | | | | | | | |
| Inbound Freight | 220,588 | 213,586 | 7,002 | 171,895 | 213,586 | (41,691) | 392,483 | 427,172 | (34,689) |
| Outbound Freight - Totes/Barrels | 77,982 | 69,257 | 8,725 | 61,455 | 69,257 | (7,802) | 139,437 | 138,514 | 923 |
| Outbound Freight - Misc | 10,269 | 10,000 | 269 | 20,403 | 10,000 | 10,403 | 30,672 | 20,000 | 10,672 |
| Total Freight | 308,839 | 292,843 | 15,996 | 253,753 | 292,843 | (39,090) | 562,592 | 585,686 | (23,094) |
| **Inedible Profit** | 20,470 | 195,634 | (175,164) | (112,985) | 195,634 | (308,619) | (92,515) | 391,268 | (483,783) |
| Inedible Margin | 1.8% | 14.6% | -12.8% | -10.1% | 14.6% | -24.6% | -4.0% | 14.6% | -18.6% |
| | | | | | | | | | |
| Total Sales | 1,400,548 | 2,026,012 | (625,464) | 1,395,321 | 2,026,012 | (630,691) | 2,795,869 | 4,052,024 | (1,256,155) |
| Total COGS | 1,198,765 | 1,610,530 | (411,765) | 1,338,869 | 1,610,530 | (271,661) | 2,537,634 | 3,221,060 | (683,426) |
| **Gross Profit** | 201,783 | 415,482 | (213,699) | 56,452 | 415,482 | (359,030) | 258,235 | 830,964 | (572,729) |
| Gross Margin | 14.4% | 20.5% | -6.1% | 4.0% | 20.5% | -16.5% | 9.2% | 20.5% | -11.3% |
| | | | | | | | | | |
| **OPERATING EXPENSES** | | | | | | | | | |
| Salaries | 260,201 | 271,842 | (11,641) | 220,548 | 209,807 | 10,741 | 480,749 | 481,649 | (900) |
| Consultants | 78,300 | 29,600 | 48,700 | 66,662 | 29,600 | 37,062 | 144,962 | 59,200 | 85,762 |
| Legal Expenses | 75,769 | 33,367 | 42,402 | 196,759 | 33,367 | 163,392 | 272,528 | 66,734 | 205,794 |
| Bank Expenses | 157,229 | 2,000 | 155,229 | 451 | 2,000 | (1,549) | 157,680 | 4,000 | 153,680 |
| Rent & Lease | 251,121 | 19,000 | 232,121 | 272,672 | 19,000 | 253,672 | 523,793 | 38,000 | 485,793 |
| Other Expenses | 64,655 | 56,667 | 7,988 | 70,471 | 56,667 | 13,804 | 135,126 | 113,334 | 21,792 |
| **Total Operating Expenses** | 887,275 | 412,476 | 474,799 | 827,563 | 350,441 | 477,122 | 1,714,838 | 762,917 | 951,921 |
| **EBITDA** | (685,492) | 3,006 | (688,498) | (771,111) | 65,041 | (836,152) | (1,456,603) | 68,047 | (1,524,650) |
| Depreciation Expense | 70,000 | 70,000 | - | 70,000 | 70,000 | - | 140,000 | 140,000 | - |
| Equipment Lease Amortization | 487 | 183,833 | (183,346) | 13,600 | 183,833 | (170,233) | 14,087 | 367,666 | (353,579) |
| **EBIT** | (755,979) | (250,827) | (505,152) | (854,711) | (188,792) | (665,919) | (1,610,690) | (439,619) | (1,171,071) |
| Operating Margin | -54.0% | -12.4% | -41.6% | -61.3% | -9.3% | -51.9% | -57.6% | -10.8% | -46.8% |
| Net Interest Expense/Income | 115,292 | 84,000 | 31,292 | 112,598 | 84,000 | 28,598 | 227,890 | 168,000 | 59,890 |
| Income Tax | 20,000 | - | 20,000 | 20,000 | - | 20,000 | 40,000 | - | 40,000 |
| Non-Operational Expense | - | - | - | 1,000,000 | - | 1,000,000 | 1,000,000 | - | 1,000,000 |
| **Net Income (Loss)** | (891,271) | (334,827) | (556,444) | (1,987,309) | (272,792) | (1,714,517) | (2,878,580) | (607,619) | (2,270,961) |
| Net Margin | -63.6% | -16.5% | -47.1% | -142.4% | -13.5% | -129.0% | -103.0% | -15.0% | -88.0% |
| | | | | | | | | | |
| **Inedible - per dry lb.** | 580,201 | 843,333 | (263,132) | 575,314 | 843,333 | (268,019) | 1,155,515 | 1,686,667 | (531,152) |
| Sales - Inedible | 2.01 | 1.59 | 0.42 | 1.95 | 1.59 | 0.35 | 1.98 | 1.59 | 0.39 |
| COGS - Inedible | 1.98 | 1.36 | 0.62 | 2.14 | 1.36 | 0.78 | 2.06 | 1.36 | 0.70 |
| Supply - Inedible | 0.31 | 0.33 | (0.02) | 0.48 | 0.33 | 0.16 | 0.39 | 0.33 | 0.07 |
| Production | 1.14 | 0.69 | 0.46 | 1.22 | 0.69 | 0.53 | 1.18 | 0.69 | 0.49 |
| Freight | 0.53 | 0.35 | 0.19 | 0.44 | 0.35 | 0.09 | 0.49 | 0.35 | 0.14 |
| Inedible Margin | 0.04 | 0.23 | (0.20) | (0.20) | 0.23 | (0.43) | (0.08) | 0.23 | (0.31) |

**Balance Sheet**
**As of February 29, 2024**

| Assets | JAN | FEB |
|---|---|---|
| **Current Assets** | | |
| Total Cash | 725,017 | 528,537 |
| Account Receivable | 3,250,185 | 1,395,324 |
| Inventories | 1,187,256 | 1,350,229 |
| Security Deposit | 488,830 | 488,830 |
| **Total Current Assets** | **5,651,288** | **3,762,920** |
| | | |
| Property, Plant and Equipment | 13,265,642 | 13,326,817 |
| Accumulated Depreciation | (1,723,333) | (1,793,333) |
| | | |
| **Total Assets** | **17,193,597** | **15,296,404** |
| | | |
| **Liabilities** | | |
| | | |
| **Current Liabilities** | | |
| Accounts Payable | 7,227,471 | 6,429,575 |
| Short-term Loans | 1,970,000 | 1,770,000 |
| Taxes Payable | 354,365 | 380,770 |
| Accrued Expenses | 567,832 | 554,438 |
| Lease Liability - ST | 2,880,640 | 2,988,974 |
| Legal Settlement - ST | 3,050,000 | 4,050,000 |
| **Total Current Liabilities** | **16,050,308** | **16,173,757** |
| | | |
| **Longterm Liabilities** | | |
| Mortgage | 2,265,000 | 2,265,000 |
| Notes Payable | 2,412,500 | 2,412,500 |
| Lease Liability - LT | 2,685,974 | 2,638,749 |
| Legal Settlement - LT | 6,500,000 | 6,500,000 |
| **Total Longterm Liabilities** | **13,863,474** | **13,816,249** |
| | | |
| **Total Liabilities** | **29,913,782** | **29,990,006** |
| | | |
| Current Ratio | 0.57 | 0.51 |
| Quick Ratio | 0.28 | 0.15 |
| Cash Ratio | 0.05 | 0.03 |
| | | |
| **Shareholders' Equity** | | |
| Share Capital | 9,188,471 | 9,188,471 |
| Retained Earnings | (21,017,381) | (21,017,381) |
| Net Income / (Loss) | (891,275) | (2,864,692) |
| **Total Shareholders' Equity** | **(12,720,185)** | **(14,693,602)** |
| | | |
| Return on Equity | 0.07 | 0.19 |
| | | |
| **Total Liabilities & Shareholders' Equity** | **17,193,597** | **15,296,404** |

**Cash Flow Statement**
**As of February 29, 2024**

| | JAN | FEB |
|---|---|---|
| **Operating Activities, Cash Flows Provided by or Used in:** | | |
| Net Income | (891,275) | (1,973,418) |
| Depreciation and Amortization | 70,000 | 70,000 |
| Decrease (Increase) in Accounts Receivable | 1,758,384 | 1,954,626 |
| Increase (Decrease) in Accounts Payable | 313,846 | (897,661) |
| Increase (Decrease) in Tax Payable | 26,406 | 26,406 |
| Decrease (Increase) in Inventories | 45,317 | (162,973) |
| Increase (Decrease) in Other Operating Activities | 2,532,574 | 1,094,940 |
| **Net Cash Flows From Operating Activities** | **3,855,252** | **111,920** |
| | | |
| **Investing Activities, Cash Flows Provided by or Used in:** | | |
| Capital Expenditures | (462,612) | (61,175) |
| Investments | - | - |
| Other Cash Flows from Investing Activities | (2,778,586) | (47,224) |
| **Net Cash Flows from Investing Activities** | **(3,241,198)** | **(108,399)** |
| | | |
| **Financing Activities, Cash Flows Provided by or Used in:** | | |
| Series A Funding | - | - |
| Sale (Repurchase) of Stock | - | - |
| Debt Conversion to Equity | - | - |
| Long-term & Short-term Debt | (708,040) | (200,000) |
| **Net Cash Flows from Financing Activities** | **(708,040)** | **(200,000)** |
| | | |
| **Net Increase (Decrease) in Cash and Cash Equivalents:** | **(93,986)** | **(196,479)** |
| | | |
| Cash at Beginning | 819,004 | 725,018 |
| | | |
| **Cash at End** | **725,018** | **528,539** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | OvaInnovations. LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WISCONSIN |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| J.B. Hunt Transport Services Inc. JB Hunt Customer Relations PO Box 130 Lowell, AR 72742 | | Trade debt; transportation services | | | | $701,571.03 |
| Hawkeye Pride Egg Farm c/o Versova Management Company 241 Street Andrews Way Sioux Center, IA 51250 | | Trade debt | | | | $553,709.65 |
| Kris Breien 10977 57th Street North Lake Elmo, MN 55042 | | Promissory Note | | | | $315,000.00 |
| Ann K. Heiman Trust c/o Ron Heiman 25814 Rudolph Avenue Sioux Falls, SD 57107 | | Promissory Note | | | | $315,000.00 |
| Center Fresh Egg Farm c/o Versova Management Company 241 Street Andrews Way Sioux Center, IA 51250 | | Trade debt | | | | $255,193.25 |
| Vijay Ramados | | Promissory Note dated 01/20/2022 | | | | $250,000.00 |

Debtor    **OvaInnovations. LLC**                                    Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, Including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Elijah Ltd 111 N. Wabash Avenue, Suite 2018 Chicago, IL 60602 | | Auditor/Discovery fees and costs incurred in litigation with IsoNova LLC | | | | $208,189.90 |
| J&R Management Co. c/o Jeff Rettig PO Box 626 204 W. Trinity Street Groesbeck, TX 76642 | | Promissory Noted dated 11/5/2021 | | | | $200,000.00 |
| Preti Flaherty Beliveau & Pachios LLP PO Box 1318 Concord, NH 03301-1318 | | Fees incurred in litigation with IsoNova | | | | $200,000.00 |
| Attorney William J. Daly Shuttleworth & Ingersoll PLC 115 3rd Street SE, Suite 500 Cedar Rapids, IA 52401 | | Legal fees | | | | $177,599.00 |
| SW Eagle Investments Inc c/o Lisa A. Ruppel, Manager 998 Fremont Avenue Dubuque, IA 52003 | | Promissory Note | | | | $150,000.00 |
| Ron Heiman 25814 Rudolph Avenue Sioux Falls, SD 57107 | | Promissory Note dated 12/22/2023 for purchase of inventory for Debtor; stored at Crimson Plant, MI | | | | $150,000.00 |
| Kris Breien 10977 57th Street North Lake Elmo, MN 55042 | | Promissory Note dated 12/22/2023 for purchase of inventory for Debtor; stored at Crimson Plant, MI | | | | $150,000.00 |
| eShipping LLC 10812 NW 45 Highway Kansas City, MO 64152 | | Trade debt | | | | $138,414.95 |

Debtor  **OvaInnovations. LLC**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Trillium Farm Holdings LLC 10513 Croton Road Johnstown, OH 43031 | | Trade debt | | | | $125,420.10 |
| Ravello LLC ATTN:  Christopher T. Fereday 2907 Waterbury Drive Cedar Falls, IA 50613 | | Promissory Note dated 10/27/2021 | | | | $100,000.00 |
| Membrane Process & Controls Inc. 922 N 3rd Avenue Edgar, WI 54426 | | Trade debt | | | | $86,525.00 |
| Steven J. Sarbacker 5608 S. Deer Park Drive Sioux Falls, SD 57108 | | Promissory Note | | | | $82,500.00 |
| RSM US LLP 90 City Square Boston, MA 02129-3742 | | Auditors/Accountants expenses for IsoNova litigatation | | | | $73,900.00 |
| Eggs R Us 205 N Adams Avenue Knob Noster, MO 65336 | | Trade debt | | | | $69,097.59 |

**United States Bankruptcy Court**
**Western District of Wisconsin**

In re    **OvaInnovations. LLC**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, as the President of the member of OvaInnovations, LLC, the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: _April 5th, 2024_

Anada, Inc., Member
**By:  David Rettig/President**
Signer/Title

Office of the United States Trustee
780 Regent Street
Suite 304
Madison, WI 53715

United States Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Wisconsin Department of Revenue
Compliance Bureau
PO Box 8901
Madison, WI 53708

Wisconsin Dept. of Workforce Development
Division of Unemployment Insurance
P.O. Box 8914
Madison, WI 53708

Wisconsin Dept. of Workforce Development
Division of Unemployment Insurance
P.O. Box 8914
Madison, WI 53708

316 WWA, LLC
c/o Hovde Properties LLC
122 W Washington Avenue, Suite 350
Madison, WI 53703

Acumatica
3075 112th NE, Suite 205
Bellevue, WA 98004-8003

Advanced Solutions & Consulting
215 S. Highway 101, Suite 204
Solana Beach, CA 92075

Alphia Inc.
322 Main Street
Bern, KS 66408

Jim Anderson
14638 Aston Way
Lockport, IL 60441

Applied Tech Solutions LLC
Dept #42333
PO Box 650823
Dallas, TX 75265-0823

Applied Tech Solutions LLC
203 South Paterson Street, Suite 500
Madison, WI 53703

Jennifer A. Arellano
4702 Siggelkow Road, Apt 6
Mc Farland, WI 53558

Barrett Petfood Innovations
1348 State Hwy 25
Brainerd, MN 56401

Blue Beacon Inc.
10505 Tuthill Road
South Lyon, MI 48178

Gilbert L. Boldt
327 Sutherland Place NE
Atlanta, GA 30307

Kris Breien
10977 57th Street North
Lake Elmo, MN 55042

Kris Breien
10977 57th Street North
Lake Elmo, MN 55042

Bright Pet Nutrition Group
38251 Industrial Park Road
Lisbon, OH 44432

Frederico Neves Brito, Unip, LDA
Rua De Santo Antonio
No 167 Telheiro
Barriera, Portugal  2410-342 LEIRIA

Frederico Neves Brito, Unipessoal, LDA
Rua De Santo Antonio
No 167 Telheiro
Barriera, Portugal  2410-342 LEIRIA

BSM Partners
Attn:  Nate Thomas, CEO
643 Beau Chalet Drive
Bentonville, AR 72712

Caledonia Haulers LLC
420 W Lincoln Street
PO Box 31
Caledonia, MN 55921

Capital Alliance Corp
6246 Sterns Road
Ottawa Lake, MI 49267

Cargill
18001 West 106th Street, Suite 300
Olathe, KS 66061

Center Fresh Egg Farm
c/o Versova Management Company
241 Street Andrews Way
Sioux Center, IA 51250

CFO Bullpen LLC
468 Elkins Road
PO Box 57
Elkins, NH 03233

Crimson Holdings LLC
PO Box 628276
Middleton, WI 53562

Attorney William J. Daly
Shuttleworth & Ingersoll PLC
115 3rd Street SE, Suite 500
Cedar Rapids, IA 52401

Digested Organics LLC
14601 Keel Street
Plymouth, MI 48170

DimeSoft Business Solutions Inc.
1440 Beaumont Ave, Suite A2379
Beaumont, CA 92223

Durbin Associates Inc.
PO Box 1794
Voorhees, NJ 08043

Dutch Country Organics
407 N Main Street
Middlebury, IN 46540

Dutt & Wagner of NC, Inc.
PO Box 518
Abingdon, VA 24212

Bryan Earnest

Eggs R Us
205 N Adams Avenue
Knob Noster, MO 65336

Eggs Unlimited-Riverview
92 Corporate Park, Suite C-803
Irvine, CA 92606

Elijah Ltd
111 N. Wabash Avenue, Suite 2018
Chicago, IL 60602

EMC Insurance
PO Box 219637
Kansas City, MO 64121-9637

Attorney Matthew M. Enenbach
KutakRock LLP
1650 Farnam Street
The Omaha Building
Omaha, NE 68102-2103

eShipping LLC
10812 NW 45 Highway
Kansas City, MO 64152

eShipping LLC
10812 NW 45 Highway
Parkville, MO 64152

Fishbeck
1515 Arboretum Drive SE
Grand Rapids, MI 49546

Florin Farms Hatchery Inc.
625 Kraybill Church Road
Mount Joy, PA 17552

Fresh Coast Group LLC
c/o Emily Bir, registered agent
17674 W Spring Lake Road
New Berlin, WI 53151

Giroux's Poultry Farm Inc.
8957 Route 9
Chazy, NY 12921

Michael Godette
7217 Springville Hwy
Onsted, MI 49265

Great Salt Lake Artemia
1750 W 2450 S
Ogden, UT 84401

Green Valley Poultry Farm
PO Box 518
Abingdon, VA 24212-0518

GWS Farms Inc.
4577 150th Avenue
Sioux Rapids, IA 50585

Hawkeye Pride Egg Farm
c/o Versova Management Company
241 Street Andrews Way
Sioux Center, IA 51250

Ann K. Heiman Trust
c/o Ron Heiman
25814 Rudolph Avenue
Sioux Falls, SD 57107

Ron Heiman
25814 Rudolph Avenue
Sioux Falls, SD 57107

Hillandale Farms
3910 Oxford Road
Gettysburg, PA 17325

Hovde Building LLC
c/o Hovde Properties LLC
122 W Washington Avenue, Suite 350
Madison, WI 53703

Benjamin D. Huber
2756 Raritan Road
Fitchburg, WI 53711

IFC Studios
206A Main Street, Suite 206A
Cedar Falls, IA 50613

IMCD US Food Inc.
14725 Detroit Avenue, Suite 300
Lakewood, OH 44107

Internal Revenue Service
Insolvency Unit
P.O. Box 7346
Philadelphia, PA 19101-7346

IsoNova Technologies LLC
3801 E Sunshine Street
Springfield, MO 65809-2800

J&R Management Co.
c/o Jeff Rettig
PO Box 626
204 W. Trinity Street
Groesbeck, TX 76642

J.B. Hunt Transport Services Inc.
JB Hunt Customer Relations
PO Box 130
Lowell, AR 72742

James Imaging Systems Company
dba Laser Tech Systems
3375 Intertech Drive
Brookfield, WI 53045

James Imaging Systems Inc.
PO Box 660831
Dallas, TX 75266-0831

John Hancock
197 Clarendon Street
Boston, MA 02116

JX Enterprises
925 Walnut Ridge Drive, Suite 150
Hartland, WI 53029

Hari Kannan
6709 S. Minnesota Avenue
Sioux Falls, SD 57108

Kelly Consulting LLC
5830 S Martin Road
New Berlin, WI 53146

Alison A. Lange
7426 Timber Lake Trail, Apt 103
Madison, WI 53719

Lima Tank Wash Inc.
1590 Findlay Road
Lima, OH 45801

LinkedIn Corporation
1000 West Maude Avenue
Sunnyvale, CA 94085

Lively
7601 Penn Avenue S
Richfield, MN 55423

Marquardt - Skyway Transportation
PO Box 1098
Yankton, SD 57078

Meintjes Incorporated

Membrane Process & Controls Inc.
922 N 3rd Avenue
Edgar, WI 54426

MFGX, LLC
715 South Boulevard E
Rochester, MI 48307-5362

Micro-Nature LLC
300 Heavy Haul Road
Morgantown, WV 26508

Mondi Bags USA LLC
1198 Arbor Drive
Romeoville, IL 60446

Nest Fresh
1226 Kauffman Road West
Greencastle, PA 17225

Opal Foods
16194 Highway 59
Neosho, MO 64850

Daniel Pauly
2100 W. 49th Street
Minneapolis, MN 55419

PDCM Insurance
PO Box 2597
Waterloo, IA 50704

Penske Truck Leasing Co, LP
PO Box 802557
Chicago, IL 60680-2577

Pete & Gerry's Organics LLC-GC
140 Buffum Road
Monroe, NH 03771

Prairie Star Farms LLC
401 Stachler Drive
Saint Henry, OH 45883

PrenticeWorx
721 N Main Street, Suite 265
Layton, UT 84041

Preti Flaherty Beliveau & Pachios LLP
PO Box 1318
Concord, NH 03301-1318

Prinicpal
711 High Street
Des Moines, IA 50392

Vijay Ramados

Ravello LLC
ATTN:  Christopher T. Fereday
2907 Waterbury Drive
Cedar Falls, IA 50613

REF Leasing Company Inc.
245 E North Avenue
Carol Stream, IL 60188

David L. Rettig
6934 Frank Lloyd Wright Avenue
Middleton, WI 53562

Susanne Rettig
9945 Lakemere Drive
Dallas, TX 75238

Royal Canin
500 Fountain Lakes Boulevard
Saint Charles, MO 63301

RSM US LLP
90 City Square
Boston, MA 02129-3742

Attorney Barry Shaw Sackett
Goosmann Law Firm
410 5th Street
Sioux City, IA 51101

Sam's Truck and Trailer Repair
820 Matzinger Road
Toledo, OH 43612

Sanovo Technology Group
15180 Keel Street
Plymouth, MI 48170

Steven J. Sarbacker
5608 S. Deer Park Drive
Sioux Falls, SD 57108

James Sellnow
N6611 English Settlement Road
Albany, WI 53502

Dennis M. Slawinski
1341 CUnningham Road
Jackson, MI 49201

Kelley Smith
6104 Brunet Island Court
Mc Farland, WI 53558

Spectrum Warehousing LLC
21010 Trolley Industrial Drive
Taylor, MI 48180

Superior Tank LLC
PO Box 500
Beach City, OH 44608

SW Eagle Investments Inc
c/o Lisa A. Ruppel, Manager
998 Fremont Avenue
Dubuque, IA 52003

The Cary Company
PO Box 88670
Chicago, IL 60680-1670

The JM Smucker Co.
Big Heart Pet Brands
One Strawberry Lane
PO Box 280
Orrville, OH 44667

Dakota R. Thomas
5596 Bent Oak Hwy
Adrian, MI 49221

Russel P. Tiede
7533 Surrey Drive
Onsted, MI 49265

Katherine Tobias
455 McKay Way
Waterloo, WI 53594

Travelers CL Remittance Center
P.O. Box 660317
Dallas, TX 75266-0317

Trillium Farm Holdings LLC
10513 Croton Road
Johnstown, OH 43031

United Egg Asscociation Inc.
1720 Windward Course, Suite 230
Alpharetta, GA 30005

United Healthcare
PO Box 30769
Salt Lake City, UT 84130

Attorney Randall D. Wallace
Kutak Rock LLP
1650 Farnam Street
The Omaha Building
Omaha, NE 68102-2103

Matthew Warren
306 West Main Street, Apt 212
Madison, WI 53703