**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: April 12, 2024**

Hon. Catherine J. Furay
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | |
| ANADA, INC., | Chapter 11 |
| | Case No. 24-10662 |
| Debtor. | |
| OVAINNOVATIONS, LLC, | Chapter 11 |
| | Case No. 24-10663 |
| Debtor. | |
| CRIMSON HOLDINGS, LLC, | Chapter 11 |
| | Case No. 24-10664 |
| Debtor. | |

## ORDER AUTHORIZING JOINT ADMINISTRATION

Upon consideration of the Motion for Joint Administration (the "Motion") of the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") for entry of an order, pursuant to Rule 1015 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and upon the First Day Declaration; and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and it appearing that

the relief requested by this Motion is in the best interests of these estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. The above-captioned cases will be jointly administered by this Court for procedural purposes only.

3. The Debtors shall maintain, and the Clerk is directed to keep, one consolidated docket, file and service list for these Chapter 11 Cases, all under the case filed by Debtor Anada, Inc., Case No. 24-10662-cjf (the "Lead Case").

4. All lists, schedules, and statements to be filed by each Debtor shall be filed and docketed in the specific Debtor's case to which they are applicable.

5. All proofs of claim must be filed in the case of the Debtor obligated on the aim, and a proof of claim must be filed in each case of jointly obligated Debtors.

6. The Clerk is directed to file a copy of this Order in the Lead Case and in each of the affiliated Debtor cases.

7. Counsel for the Debtors shall serve a copy of this Order on all creditors and parties in interest in all three cases within 3 days of entry of this Order.

### #