**Fill in this information to identify the case:**

Debtor name    OvaInnovations. LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WISCONSIN

Case number (if known)    24-10663

☒ Check if this is an amended filing

## Official Form 202 - AMENDMENTS

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ Schedule A/B: Assets--Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☒ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☒ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☒ Schedule H: Codebtors (Official Form 206H)
☒ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☒ Other document that requires a declaration    Amended Statement of Financial Affairs

I declare under penalty of perjury that the foregoing is true and correct.

OvaInnovations, LLC
By:  Anada, Inc., Sole Member

Executed on    June 10, 2024        X _____
                                        Signature of individual signing on behalf of debtor

                                        David Rettig
                                        Printed name

                                        President
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Ovalnnovations. LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF WISCONSIN

Case number (if known)  **24-10663**

 Check if this is an amended filing

## Official Form 206Sum - AMENDED
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $      **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $      **2,849,294.61**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $      **2,849,294.61**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $      **9,500,000.00**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................. $      **44,265.73**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................... +$      **7,588,368.74**

4.  **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b      $      **17,132,634.47**

**Fill in this information to identify the case:**

Debtor name    **OvaInnovations. LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WISCONSIN

Case number (if known)    **24-10663**

☒ Check if this is an amended filing

## Official Form 206A/B - AMENDED
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

| 3. | Checking, savings, money market, or financial brokerage accounts *(Identify all)* | | |
|---|---|---|---|
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **BMO Harris Bank, NA:  DIP account opened and funds transferred from First Dakota National Bank, acct no. 0344 on 04/16/2024** | **Debtor in Possession (DIP)** | **4784** | **$590,604.06** |

| 4. | Other cash equivalents *(Identify all)* | |
|---|---|---|

| 5. | Total of Part 1. Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$590,604.06** |
|---|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☒ Yes Fill in the information below.

| 7. | Deposits, including security deposits and utility deposits | |
|---|---|---|
| | Description, including name of holder of deposit | |
| 7.1. | **Security deposit paid to 316 WWA, LLC, c/o Hovde Properties LLC for office lease agreement dated 09/22/2022 in the amount of $15,796.34** | **$15,796.34** |
| 7.2. | **Security deposit paid to REF Leasing Co. on rental of Fristam Pumps and Mixer Liquid** | **$6,900.00** |

Debtor    **OvaInnovations. LLC**                                                     Case number *(If known)*  **24-10663**

Name

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                                                    | $22,696.34 |

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:  **1,516,580.21**  -  **0.00** = ....  | **$1,516,580.21** |

        face amount                   doubtful or uncollectible accounts

12.  **Total of Part 3.**                                                                                   | $1,516,580.21 |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** **Inventory - Finished Goods and Regular Items** | | $562,609.00 | Revenue based | $562,609.00 |

22.  **Other inventory or supplies**

23.  **Total of Part 5.**                                                                                   | $562,609.00 |

Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**

| Debtor | **OvaInnovations. LLC** | Case number *(If known)* **24-10663** |
|---|---|---|
| | Name | |

☒ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**10 Office desks ($40/each)** | **$400.00** | | **$400.00** |
| **(5) small 2-drawer file cabinets** | **$25.00** | | **$25.00** |
| **(2) microwaves (value at $10 and $25)** | **$35.00** | | **$35.00** |
| **Mini fridge ($25.00) and water cooler ($15.00)** | **$40.00** | | **$40.00** |
| **Recliner** | **$25.00** | | **$25.00** |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software**<br>**10 laptops (approx. 4 years old) ($50/each)**<br>**15  laptops (approx. 2+ years old) ($75/each)** | **$1,625.00** | | **$1,625.00** |
| **2 Printer/Copier ($50 for 1 and $75 for 1)** | **$125.00** | | **$125.00** |
| **2 QI Phones ($100); 3 Samsung Galaxy tablets A8 ($100)** | **$200.00** | | **$200.00** |

Debtor    **OvaInnovations. LLC**                                    Case number *(If known)*  **24-10663**
_____                    _____
Name

| **(17) Truck GPS Trackers ($10/each)** | $170.00 | | $170.00 |
|---|---|---|---|
| **(3) Scanners** | $60.00 | | $60.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                  | $2,705.00 |
Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2011 Walker Stainless Equipment Co LLC - Semi-Trailer, VIN#5WSAA4326BN042548 (Food Grade tanker) located at Sam's Truck and Trailer Repair, 820 Matzinger Road, Toledo OH 43612-0000** | $39,000.00 | Comparable sale | $39,000.00 |
| 47.2.  **2012 Walker Stainless Equipment Co LLC - Semi Trailier, VIN#5WSAA4325CN043837 (Food Grade tanker) located at Sam's Truck and Trailer Repair, 820 Matzinger Road, Toledo OH 43612-0000** | $39,000.00 | Comparable sale | $39,000.00 |
| 47.3.  **2014 Paul Mueller Co Semi-Trailer, VIN#1P9S422FXES703181 (Food Grade tanker) located at Sam's Truck and Trailer Repair, 820 Matzinger Road, Toledo OH 43612-0000** | $45,000.00 | Comparable sale | $45,000.00 |

Debtor    **OvaInnovations. LLC**
_____     Case number *(If known)*  **24-10663**
Name _____

| | | | |
|---|---|---|---|
| 47.4. | **1999 TM 2Axle Semi-trailer, VIN#1PT01ANH6X9009678** | $1,000.00 | Comparable sale | $1,000.00 |
| 47.5. | **2005 Polar- semi trailer, VIN# 1PMS5432651027974 (food-grade tanker); currently located atSam's Truck and Trailer Repair, 820 Matzinger Road, Toledo OH 43612-0000** | $30,000.00 | Comparable sale | $30,000.00 |
| 47.6. | **1996 Hillsboro Industries Semi Trailer, VIN#1H9A1E3A4T1015241** | $0.00 | Comparable sale | $0.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.     $154,000.00

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☒ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.    **Patents, copyrights, trademarks, and trade secrets**

61.    **Internet domain names and websites**

| Debtor | **OvaInnovations. LLC** | Case number *(If known)* | **24-10663** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| ovainnovations.com - website (active); renews Feb 15; registrar is Google/Squarespace; registrant is David Rettig | **Unknown** | | **Unknown** |

62.     **Licenses, franchises, and royalties**

63.     **Customer lists, mailing lists, or other compilations**

64.     **Other intangibles, or intellectual property**

65.     **Goodwill**

66.     **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$0.00** |

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☒ No
☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.     **Notes receivable**
Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

---

Debtor   **OvaInnovations. LLC**                                    Case number *(If known)*   **24-10663**

Name

**Miscellaneous office supplies (paper; pens; pencils, etc)**
**Fabric and paper signs**                                                                            **$100.00**

---

78.   **Total of Part 11.**                                                                        **$100.00**

Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor      **OvaInnovations. LLC**                                    Case number *(If known)*  **24-10663**

Name

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $590,604.06 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $22,696.34 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,516,580.21 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $562,609.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,705.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $154,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $100.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,849,294.61 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,849,294.61 |

**Fill in this information to identify the case:**

Debtor name **OvaInnovations. LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WISCONSIN

Case number (if known)    **24-10663**

☒ Check if this is an amended filing

## Official Form 206E/F - AMENDED
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**

Priority creditor's name and mailing address
**Jim Anderson**
**14638 Aston Way**
**Lockport, IL 60441**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$6,972.30**    Priority amount **$6,972.30**

Date or dates debt was incurred

Basis for the claim:
**Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions)**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

**2.2**

Priority creditor's name and mailing address
**Jennifer A. Arellano**
**4702 Siggelkow Road, Apt 6**
**Mc Farland, WI 53558**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$2,084.94**    Priority amount **$2,084.94**

Date or dates debt was incurred

Basis for the claim:
**Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions)**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **OvaInnovations. LLC** | | Case number (if known) | **24-10663** |
|---|---|---|---|---|
| | Name | | | |

---

**2.3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|
| **Gilbert L. Boldt** | *Check all that apply.* | | |
| **327 Sutherland Place NE** | ☐ Contingent | | |
| **Atlanta, GA 30307** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions)** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☒ No
☐ Yes

---

**2.4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,576.93 | $2,576.93 |
|---|---|---|---|
| **Michael Godette** | *Check all that apply.* | | |
| **7217 Springville Hwy** | ☐ Contingent | | |
| **Onsted, MI 49265** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions)** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☒ No
☐ Yes

---

**2.5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,230.77 | $4,230.77 |
|---|---|---|---|
| **Benjamin D. Huber** | *Check all that apply.* | | |
| **2756 Raritan Road** | ☐ Contingent | | |
| **Fitchburg, WI 53711** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions)** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☒ No
☐ Yes

---

| Debtor | **OvaInnovations. LLC** | Case number (if known) | **24-10663** |
|---|---|---|---|
| | Name | | |

---

**2.6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|
| **Illinois Department of Revenue**<br>**Bankruptcy Unit**<br>**P.O. Box 19035**<br>**Springfield, IL 62794-9035** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No<br>☐ Yes |

---

**2.7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $299.06 | $299.06 |
|---|---|---|---|
| **Internal Revenue Service**<br>**Insolvency Unit**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **October 1, 2022** | **10/1/22: Heavy Vehicle Use Tax interest: $54.54**<br>**WT FICA 2021: $42207.60**<br>**WT FICA 2024 (est): 14371.09**<br>**FUTA 2024 (est): $385.96** |

| Last 4 digits of account number **1603** | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No<br>☐ Yes |

---

**2.8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,807.69 | $2,807.69 |
|---|---|---|---|
| **Alison A. Lange**<br>**7426 Timber Lake Trail, Apt 103**<br>**Madison, WI 53719** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions)** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

| Debtor | **OvaInnovations. LLC** | Case number (if known) | **24-10663** |
|---|---|---|---|
| | Name | | |

---

**2.9**

Priority creditor's name and mailing address
**Massachusetts Revenue Department
Bankruptcy Unit
PO Box 7090
Boston, MA 02204-7090**

Date or dates debt was incurred

**2022 and 2023**

Last 4 digits of account number **1603**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**2022 Annual tax due:  $495.63
2022 Penalty:  $91.20
2023 Annual tax due:  $456.00**

Is the claim subject to offset?
☒ No
☐ Yes

$1,042.83    $951.63

---

**2.10**

Priority creditor's name and mailing address
**David L. Rettig
6934 Frank Lloyd Wright Avenue
Middleton, WI 53562**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll/Wages (bi-weekly) paid 03/29/2024 for
pay period 03/11/2024 - 03/22/2024 (gross
amount showing; prior to tax and other
deductions)**

Is the claim subject to offset?
☒ No
☐ Yes

$7,692.31    $7,692.31

---

**2.11**

Priority creditor's name and mailing address
**James Sellnow
N6611 English Settlement Road
Albany, WI 53502**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll/Wages (bi-weekly) paid 03/29/2024 for
pay period 03/11/2024 - 03/22/2024 (gross
amount showing; prior to tax and other
deductions)**

Is the claim subject to offset?
☒ No
☐ Yes

$2,832.50    $2,832.50

---

| Debtor | **OvaInnovations. LLC** | Case number (if known) | **24-10663** |
|---|---|---|---|
| | Name | | |

---

**2.12**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,693.65 | $2,693.65 |
|---|---|---|---|

**Dennis M. Slawinski**
**1341 CUnningham Road**
**Jackson, MI 49201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.13**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $692.31 | $692.31 |
|---|---|---|---|

**Kelley Smith**
**6104 Brunet Island Court**
**Mc Farland, WI 53558**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.14**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,569.35 | $1,569.35 |
|---|---|---|---|

**Dakota R. Thomas**
**5596 Bent Oak Hwy**
**Adrian, MI 49221**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **OvaInnovations. LLC** | Case number (if known) | **24-10663** |
|---|---|---|---|
| | Name | | |

---

**2.15**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,576.92 | $2,576.92 |
|---|---|---|---|
| **Russel P. Tiede** | Check all that apply. | | |
| **7533 Surrey Drive** | ☐ Contingent | | |
| **Onsted, MI 49265** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions)** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.16**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,307.69 | $2,307.69 |
|---|---|---|---|
| **Katherine Tobias** | Check all that apply. | | |
| **455 McKay Way** | ☐ Contingent | | |
| **Waterloo, WI 53594** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions)** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.17**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,815.16 | $3,815.16 |
|---|---|---|---|
| **Matthew Warren** | Check all that apply. | | |
| **306 West Main Street, Apt 212** | ☐ Contingent | | |
| **Madison, WI 53703** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll/Wages (bi-weekly) paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024 (gross amount showing; prior to tax and other deductions)** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **OvaInnovations. LLC** | | Case number (if known) | **24-10663** |
|---|---|---|---|---|
| | Name | | | |

---

**2.18**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.32 | $21.32 |
|---|---|---|---|
| **Matthew Warren** | Check all that apply. | | |
| **306 West Main Street, Apt 212** | ☐ Contingent | | |
| **Madison, WI 53703** | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Reimbursement expense paid 03/29/2024 for pay period 03/11/2024 - 03/22/2024** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,525.00 |
|---|---|---|
| **Advanced Solutions & Consulting** | ☐ Contingent | |
| **215 S. Highway 101, Suite 204** | ☐ Unliquidated | |
| **Solana Beach, CA 92075** | ☐ Disputed | |
| **Date(s) debt was incurred** | Basis for the claim:  **Build out of the Acumatica computer hardware/software** | |
| **Last 4 digits of account number** | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,797.96 |
|---|---|---|
| **Applied Tech Solutions LLC** | ☐ Contingent | |
| **6662 Ronald Reagan Avenue** | ☐ Unliquidated | |
| **Madison, WI 53704** | ☐ Disputed | |
| **Date(s) debt was incurred** | Basis for the claim:  **Trade debt; network service provider** | |
| **Last 4 digits of account number** | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,067.79 |
|---|---|---|
| **Blue Beacon Inc.** | ☐ Contingent | |
| **10505 Tuthill Road** | ☐ Unliquidated | |
| **South Lyon, MI 48178** | ☐ Disputed | |
| **Date(s) debt was incurred** | Basis for the claim:  **Trade debt** | |
| **Last 4 digits of account number** | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $465,000.00 |
|---|---|---|
| **Kris Breien** | ☐ Contingent | |
| **10977 57th Street North** | ☐ Unliquidated | |
| **Lake Elmo, MN 55042** | ☐ Disputed | |
| **Date(s) debt was incurred  12/23/2023** | Basis for the claim:  **Promissory Note dated 12/22/2023 for purchase of inventory for Debtor; stored at Crimson Plant, MI in amount of $150,000; Promissory Note in amount of $315,000** | |
| **Last 4 digits of account number** | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | **OvaInnovations. LLC** | Case number (if known) | **24-10663** |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address
BSM Partners
PO Box 801
Bentonville, AR 72712

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

$27,105.00

---

**3.6** | Nonpriority creditor's name and mailing address
Caledonia Haulers LLC
420 W Lincoln Street
PO Box 31
Caledonia, MN 55921

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

$34,447.39

---

**3.7** | Nonpriority creditor's name and mailing address
Capital Alliance Corp
dba Advantage Trailer
One SeaGate, 27th Floor
Toledo, OH 43604

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt; Refer Lease**

Is the claim subject to offset? ☒ No ☐ Yes

$8,268.00

---

**3.8** | Nonpriority creditor's name and mailing address
Capital One
PO Box 31293
Salt Lake City, UT 84131-1293

Date(s) debt was incurred  **Prior to April 2024**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business credit card transactions on company card in name of OvaInnovations, LLC; 11 cards issued to certain employees for business transactions; account has been closed by Capital One; aggregate balance due**

Is the claim subject to offset? ☒ No ☐ Yes

$42,700.70

---

**3.9** | Nonpriority creditor's name and mailing address
Center Fresh Egg Farm
c/o Versova Management Company
241 Street Andrews Way
Sioux Center, IA 51250

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

$255,193.25

---

**3.10** | Nonpriority creditor's name and mailing address
Centrum Valley Farms LLP
100 Central Avenue
Clarion, IA 50525

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

$47,111.42

---

Debtor  **OvaInnovations. LLC**                                    Case number (if known)   **24-10663**
_____
Name

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,900.00** |

**CFO Bullpen LLC**
**468 Elkins Road**
**PO Box 57**
**Elkins, NH 03233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**CSC Leasing Company**
**602 Paragon Place**
**Richmond, VA 23230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Debtor is guarantor of lease obligation owed CSC Leasing Company by Crimson Holdings LLC**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,500.00** |

**Dakota Layers, LLC**
**Jason Ramsdell**
**811 W. Pipestone Avenue**
**Flandreau, SD 57028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$177,599.00** |

**Attorney William J. Daly**
**Shuttleworth & Ingersoll PLC**
**115 3rd Street SE, Suite 500**
**Cedar Rapids, IA 52401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Legal fees**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,832,460.77** |

**Daybreak Foods Inc.**
**533 East Tyranena Park ROad**
**Lake Mills, WI 53551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023 - 2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,662.50** |

**Digested Organics LLC**
**14601 Keel Street**
**Plymouth, MI 48170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **OvaInnovations. LLC** | | Case number (if known) | **24-10663** |
|---|---|---|---|---|
| | Name | | | |

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,309.00**

**DimeSoft Business Solutions Inc.**
1440 Beaumont Ave, Suite A2379
Beaumont, CA 92223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,825.00**

**Dutch Country Organics**
407 N Main Street
Middlebury, IN 46540

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,408.48**

**Dutt & Wagner of NC, Inc.**
PO Box 518
Abingdon, VA 24212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00**

**Bryan Earnest**
6711 Chancellor Drive
Cedar Falls, IA 50613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Promissory Note__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00**

**Egg Clearinghouse Inc (ECI)**
PO Box 817
Dover, NH 03821-0817

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$69,097.59**

**Eggs R Us**
205 N Adams Avenue
Knob Noster, MO 65336

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__
__POC#5 = $91004.42__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,647.20**

**Eggs Unlimited-Riverview**
92 Corporate Park, Suite C-803
Irvine, CA 92606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **OvaInnovations. LLC** | Case number (if known) | **24-10663** |
|---|---|---|---|
| | Name | | |

---

**3.24** | Nonpriority creditor's name and mailing address
**Elijah Ltd**
111 N. Wabash Avenue, Suite 2018
Chicago, IL 60602

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Auditor/Discovery fees and costs incurred in litigation with IsoNova LLC**

Is the claim subject to offset? ☒ No ☐ Yes

**$208,189.90**

---

**3.25** | Nonpriority creditor's name and mailing address
**EMC Insurance (EFT)**
PO Box 219637
Kansas City, MO 64121-9637

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$15,217.71**

---

**3.26** | Nonpriority creditor's name and mailing address
**eShipping LLC**
10812 NW 45 Highway
ATTN:  Jeremy Brouhard
Kansas City, MO 64152

Date(s) debt was incurred  **2024**

Last 4 digits of account number  **7699**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$160,948.54**

---

**3.27** | Nonpriority creditor's name and mailing address
**Florin Farms Hatchery Inc.**
625 Kraybill Church Road
Mount Joy, PA 17552

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$880.00**

---

**3.28** | Nonpriority creditor's name and mailing address
**Foster, Swift, Collins & Smith PC**
313 S. Washington Square
Lansing, MI 48933

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$837.50**

---

**3.29** | Nonpriority creditor's name and mailing address
**Fresh Coast Group LLC**
c/o Emily Bir, registered agent
17674 W Spring Lake Road
New Berlin, WI 53151

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Website building expense**

Is the claim subject to offset? ☒ No ☐ Yes

**$13,316.67**

---

**3.30** | Nonpriority creditor's name and mailing address
**Giroux's Poultry Farm Inc.**
8957 Route 9
Chazy, NY 12921

Date(s) debt was incurred  **2024**

Last 4 digits of account number  **OVAINN**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$2,320.00**

---

| Debtor | **OvaInnovations. LLC** | Case number (if known) | **24-10663** |
|---|---|---|---|
| | Name | | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,165.00** |
|---|---|---|---|

**Green Valley Poultry Farm**
**PO Box 518**
**Abingdon, VA 24212-0518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,646.90** |
|---|---|---|---|

**GWS Farms Inc.**
**4577 150th Avenue**
**Sioux Rapids, IA 50585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$553,709.65** |
|---|---|---|---|

**Hawkeye Pride Egg Farm**
**c/o Versova Management Company**
**241 Street Andrews Way**
**Sioux Center, IA 51250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$315,000.00** |
|---|---|---|---|

**Ann K. Heiman Trust**
**c/o Ron Heiman**
**25814 Rudolph Avenue**
**Sioux Falls, SD 57107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _12/22/2023_

Last 4 digits of account number _

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**Ron Heiman**
**25814 Rudolph Avenue**
**Sioux Falls, SD 57107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _12/22/2023_

Last 4 digits of account number _

Basis for the claim:  **Promissory Note dated 12/22/2023 for purchase of inventory for Debtor; stored at Crimson Plant, MI**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,250.02** |
|---|---|---|---|

**Hillandale Farms**
**Attn:  Eric Birkness**
**3910 Oxford Road**
**Gettysburg, PA 17325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2023/2024_

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **OvaInnovations. LLC** | Case number (if known) | **24-10663** |
|---|---|---|---|
| | Name | | |

---

**3.37** Nonpriority creditor's name and mailing address
**IFC Studios**
**206A Main Street, Suite 206A**
**Cedar Falls, IA 50613**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$2,168.04**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address
**IMCD US Food Inc.**
**14725 Detroit Avenue, Suite 300**
**Lakewood, OH 44107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$2,037.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address
**Iowa Cage Free, LLP**
**c/o Versova**
**1035 200th Street**
**Goldfield, IA 50542**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$29,822.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address
**J&R Management Co.**
**c/o Jeff Rettig**
**PO Box 626**
**204 W. Trinity Street**
**Groesbeck, TX 76642**

Date(s) debt was incurred  **11/5/2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$200,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Noted dated 11/5/2021**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.41** Nonpriority creditor's name and mailing address
**J.B. Hunt Transport Services Inc.**
**ATTN:  Erica Hayes**
**615 JB Hunt Corporate Drive**
**Lowell, AR 72745**

Date(s) debt was incurred  **2023-2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$701,571.03**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt; transportation services**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.42** Nonpriority creditor's name and mailing address
**James Imaging Systems Inc.**
**PO Box 660831**
**Dallas, TX 75266-0831**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$1,427.81**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **OvaInnovations. LLC** | Case number (if known) | **24-10663** |
|---|---|---|---|
| | Name | | |

---

**3.43** | Nonpriority creditor's name and mailing address
**JX Enterprises**
**925 Walnut Ridge Drive, Suite 150**
**Hartland, WI 53029**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$2,999.32**

---

**3.44** | Nonpriority creditor's name and mailing address
**Hari Kannan**
**6709 S. Minnesota Avenue**
**Sioux Falls, SD 57108**

Date(s) debt was incurred  **12/22/2023**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note dated 12/22/2023 for purchase of inventory for Debtor; stored at Crimson Plant, MI**

Is the claim subject to offset? ☒ No ☐ Yes

**$25,000.00**

---

**3.45** | Nonpriority creditor's name and mailing address
**Kelly Consulting LLC**
**5830 S Martin Road**
**New Berlin, WI 53146**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consulting services**

Is the claim subject to offset? ☒ No ☐ Yes

**$19,418.92**

---

**3.46** | Nonpriority creditor's name and mailing address
**Lima Tank Wash Inc.**
**1590 Findlay Road**
**Lima, OH 45801**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$19,230.00**

---

**3.47** | Nonpriority creditor's name and mailing address
**LinkedIn Corporation**
**1000 West Maude Avenue**
**Sunnyvale, CA 94085**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subscription services; cancelled**

Is the claim subject to offset? ☒ No ☐ Yes

**$7,184.38**

---

**3.48** | Nonpriority creditor's name and mailing address
**Marquardt - Skyway Transportation**
**PO Box 1098**
**Yankton, SD 57078**

Date(s) debt was incurred  **2023**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$41,454.00**

---

**3.49** | Nonpriority creditor's name and mailing address
**Joe Meintjes**

**Australia**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$22,899.68**

---

| Debtor | **OvaInnovations. LLC** | Case number (if known) | **24-10663** |
|---|---|---|---|
| | Name | | |

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86,525.00 |
|---|---|---|---|

**Membrane Process & Controls Inc.**
ATTN:  Joel Stencil
922 N 3rd Avenue
Edgar, WI 54426

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,970.00 |
|---|---|---|---|

**MFGX, LLC**
715 South Boulevard E
Rochester, MI 48307-5362

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt; services for phase 2 of ERP System**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,904.97 |
|---|---|---|---|

**Micro-Nature LLC**
300 Heavy Haul Road
Morgantown, WV 26508

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,783.36 |
|---|---|---|---|

**Mondi Bags USA LLC Corp**
1198 Arbor Drive
Romeoville, IL 60446

Date(s) debt was incurred __

Last 4 digits of account number  **7330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,503.00 |
|---|---|---|---|

**Nest Fresh Eggs**
1226 Kauffman Road West
Greencastle, PA 17225

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,237.20 |
|---|---|---|---|

**New Day Farm LLC
aka Daybreak Foods Inc.**
533 East Tyranena Park Road
Lake Mills, WI 53551

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,000.00 |
|---|---|---|---|

**Opal Foods Co-op, Inc.**
16194 Highway 59
Neosho, MO 64850

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**
POC#9 = $26256.00

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **OvaInnovations. LLC** | Case number (if known) | **24-10663** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.57**

Nonpriority creditor's name and mailing address
**Daniel Pauly**
**2100 W. 49th Street**
**Minneapolis, MN 55419**

Date(s) debt was incurred  **12/22/2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note dated 12/22/2023 for purchase of inventory for Debtor; stored at Crimson Plant, MI**

Is the claim subject to offset? ☒ No ☐ Yes

$5,000.00

---

**3.58**

Nonpriority creditor's name and mailing address
**PDCM Insurance**
**PO Box 2597**
**Waterloo, IA 50704**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

$34,449.59

---

**3.59**

Nonpriority creditor's name and mailing address
**Penske Rental Leasing Logistics**
**Sarah Kledzik - Jenna Marciniak**
**12222 Williams Road**
**Perrysburg, OH 43551**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  **8821**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt; lease payments owing from 01/30/2024 - 03/18/2024**

Is the claim subject to offset? ☒ No ☐ Yes

$21,324.32

---

**3.60**

Nonpriority creditor's name and mailing address
**Pete & Gerry's Organics LLC-GC**
**140 Buffum Road**
**Monroe, NH 03771**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

$34,256.00

---

**3.61**

Nonpriority creditor's name and mailing address
**Pine Valley Ranch Inc.**
**21638 State Route 116**
**Spencerville, OH 45887**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

$1,900.00

---

**3.62**

Nonpriority creditor's name and mailing address
**Prairie Star Farms LLC**
**401 Stachler Drive**
**Saint Henry, OH 45883**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

$10,586.55

---

| Debtor | **OvaInnovations. LLC** | Case number (if known) | **24-10663** |
|---|---|---|---|
| | Name | | |

---

**3.63** | Nonpriority creditor's name and mailing address
**PrenticeWorx**
721 N Main Street, Suite 265
Layton, UT 84041
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $6,075.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address
**Preti Flaherty Beliveau & Pachios LLP**
Attorney Bodie B. ~Colwell
One City Center
PO Box 9546
Portland, ME 04112-9543
Date(s) debt was incurred  2020-2023
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $237,890.75
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal fees in IsoNova litigation**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address
**Vijay Ramados**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $250,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note dated 01/20/2022**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address
**Ravello LLC**
ATTN:  Christopher T. Fereday
2907 Waterbury Drive
Cedar Falls, IA 50613
Date(s) debt was incurred  10/27/2021
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $100,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note dated 10/27/2021**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address
**REF Leasing Company Inc.**
245 E North Avenue
ATTN:  Kimberly Sullivan, AR Dept
Carol Stream, IL 60188
Date(s) debt was incurred  09/07/2022
Last 4 digits of account number  5320

As of the petition filing date, the claim is: *Check all that apply.*                $10,350.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rental agreement on Fristram Pumps and Liquid Mixer; debtor intends to reject lease and return rental equipment; REF may charge full CPO price oc $90,000 plus all past due rental**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address
**Susanne Rettig**
9945 Lakemere Drive
Dallas, TX 75238
Date(s) debt was incurred  12/22/2023
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $40,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note dated 12/22/2023 for purchase of inventory for Debtor; stored at Crimson Plant, MI**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **OvaInnovations. LLC** | Case number (if known) | **24-10663** |
|---|---|---|---|
| | Name | | |

---

**3.69** | Nonpriority creditor's name and mailing address
RSM US LLP
80 City Square
Boston, MA 02129-3742

Date(s) debt was incurred __2022 to present__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $73,900.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Auditors/Accountants expenses for IsoNova litigatation__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address
Ryan Transportation Service
c/o Euler Hermes, dba Alliance Trade
100 International Drive, 22nd Floor
Baltimore, MD 21202

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $69,148.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods sold__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address
Attorney Barry Sackett
Goosmann Law Firm
410 5th Street
Sioux City, IA 51101

Date(s) debt was incurred __2023/2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $34,728.29

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Legal fees__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address
Sam's Truck and Trailer Repair
820 Matzinger Road
Toledo, OH 43612

Date(s) debt was incurred __12/28/2023 - 01/05/2024__

Last 4 digits of account number __0739__

As of the petition filing date, the claim is: *Check all that apply.*  $31,553.45

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt = $31553.45 (from client info); Parking storage fees of trailers = $4741.00 (as shown on 4/5/24 invoice #50698)__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address
Sanovo Technology Group
15180 Keel Street
Plymouth, MI 48170

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $45.30

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address
Steven J. Sarbacker
5608 S. Deer Park Drive
Sioux Falls, SD 57108

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $82,500.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Promissory Note__

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **OvaInnovations. LLC**
_____
Name

Case number (if known)    **24-10663**
_____

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$478.80**

**Spectrum Warehousing LLC**
**21010 Trolley Industrial Drive**
**Taylor, MI 48180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/29/2023

Basis for the claim:  **Trade debt; warehouse rental; nothing stored in it and remains empty**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$59,440.92**

**Jonathan Spurway**
**Rembrandt Foods**
**1419 480th Street**
**Rembrandt, IA 50576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,563.08**

**Superior Tank LLC**
**PO Box 500**
**Beach City, OH 44608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00**

**SW Eagle Investments Inc**
**c/o Lisa A. Ruppel, Manager**
**998 Fremont Avenue**
**Dubuque, IA 52003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Promissory Note**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,049.40**

**The Cary Company**
**PO Box 88670**
**Chicago, IL 60680-1670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00**

**Travelers CL Remittance Center**
**P.O. Box 660317**
**Dallas, TX 75266-0317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **OvaInnovations. LLC** | Case number (if known) | **24-10663** |
|---|---|---|---|
| | Name | | |

---

**3.81** Nonpriority creditor's name and mailing address
**Trillium Farm Holdings LLC**
c/o Versova
241 St. Andrews Way
Sioux Center, IA 51250

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No  ☐ Yes

**$125,420.10**

---

**3.82** Nonpriority creditor's name and mailing address
**United Egg Asscociation Inc.**
1720 Windward Course, Suite 230
Alpharetta, GA 30005

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No  ☐ Yes

**$9,375.00**

---

**3.83** Nonpriority creditor's name and mailing address
**Univar Solutions USA**
ATTN: Kirsten Nitz
6000 Parkwood Place
Dublin, OH 43016

Date(s) debt was incurred  **2024**
Last 4 digits of account number  **3239**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt; supplies**

Is the claim subject to offset? ☒ No  ☐ Yes

**$8,002.12**

---

**3.84** Nonpriority creditor's name and mailing address
**Attorney Erin A. West**
Godfrey Kahn SC
One East Main Street, Suite 500
Madison, WI 53703

Date(s) debt was incurred  **2023 - 2024**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ☒ No  ☐ Yes

**$177,837.92**

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Applied Tech Solutions LLC**<br>Dept #42333<br>PO Box 650823<br>Dallas, TX 75265-0823 | Line  **3.2**<br><br>☐ Not listed. Explain ___ | ___ |
| 4.2 | **Atradius Collections Inc.**<br>Registered Office<br>3500 Lacy Road, Suite 220<br>Downers Grove, IL 60515 | Line  **3.53**<br><br>☐ Not listed. Explain ___ | **DUSA** |
| 4.3 | **Attorney David B. Van Slyke**<br>Preti Flaherty Beliveau & Pachios LLP<br>One City Center<br>PO Box 9546<br>Portland, ME 04112-9543 | Line  **3.64**<br><br>☐ Not listed. Explain ___ | ___ |

---

| Debtor | **OvaInnovations. LLC** | Case number (if known) | **24-10663** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.4 | **Attorney Irving E. Walker**<br>**Cole Schotz PC**<br>**1201 Wills Street, Suite 320**<br>**Baltimore, MD 21231** | Line **3.36**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **BSM Partners**<br>**412 N. Grove Avenue**<br>**Oak Park, IL 60302** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Capital Alliance Corp**<br>**6246 Sterns Road**<br>**Ottawa Lake, MI 49267** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Attorney Michael D. Fielding**<br>**Husch Blackwell LLP**<br>**4801 Main Street, Suite 1000**<br>**Kansas City, MO 64112** | Line **3.56**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Great America Finanical Services**<br>**P.O. Box 660831**<br>**Dallas, TX 75266-0831** | Line **3.42**<br>☐ Not listed. Explain ____ | **8000** |
| 4.9 | **Great America Finanical Services**<br>**P.O. Box 609**<br>**Cedar Rapids, IA 52404-0609** | Line **3.42**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Great America Finanical Services Corp**<br>**One GreatAmerica Plaza**<br>**625 First Street SE, 8th Floor**<br>**Cedar Rapids, IA 52401** | Line **3.42**<br>☐ Not listed. Explain ____ | **8000** |
| 4.11 | **Attorney Erica Hayes**<br>**JB Hunt Transport Services Inc.**<br>**615 JB Hunt Corporate Drive**<br>**Lowell, AR 72745** | Line **3.41**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Hillandale Farms**<br>**Attn: Kevin Jackson & Eric Birkness**<br>**3910 Oxford Road**<br>**Gettysburg, PA 17325** | Line **3.36**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Internal Revenue Service**<br>**1550 American Boulvard East**<br>**Minneapolis, MN 55425** | Line **2.7**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **J.B. Hunt Transport Services Inc.**<br>**JB Hunt Customer Relations**<br>**PO Box 130**<br>**Lowell, AR 72742** | Line **3.41**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Penske Truck Leasing Co, LP**<br>**PO Box 802557**<br>**Chicago, IL 60680-2577** | Line **3.59**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **OvaInnovations. LLC** | Case number (if known) | **24-10663** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.16 | **Preti Flaherty Beliveau & Pachios LLP**<br>**PO Box 1318**<br>**Concord, NH 03301-1318** | Line **3.64**<br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Attorney Christopher Stroebel**<br>**Stroebel Law**<br>**30 W Miffling Street, #1001**<br>**Madison, WI 53703** | Line **3.72**<br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Trillium Farm Holdings LLC**<br>**10513 Croton Road**<br>**Johnstown, OH 43031** | Line **3.81**<br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Univar Solutions USA**<br>**62190 Collections Center Drive**<br>**Chicago, IL 60693** | Line **3.83**<br>☐ Not listed. Explain ____ | **3239** |
| 4.20 | **Versova**<br>**241 St. Andrews Way**<br>**Sioux Center, IA 51250** | Line **3.81**<br>☐ Not listed. Explain ____ | _ |
| 4.21 | **Attorney Nicholas P. Wahl**<br>**Godfrey Kahn SC**<br>**833 East Michigan Street, Suite 1800**<br>**Milwaukee, WI 53202** | Line **3.84**<br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | **44,265.73** |
| 5b. Total claims from Part 2 | 5b. + $ | **7,588,368.74** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | **7,632,634.47** |

**Fill in this information to identify the case:**

Debtor name  **OvaInnovations. LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF WISCONSIN

Case number (if known)  **24-10663**

☒ Check if this is an amended filing

## Official Form 206G - AMENDED
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.1.** | State what the contract or lease is for and the nature of the debtor's interest | **Office lease agreement entered and dated 09/22/2022 and terminates on 01/31/2028. Debtor rejects lease agreement and have moved out of the premises on May 26, 2024.** | |
| | State the term remaining | | **316 WWA, LLC** |
| | List the contract number of any government contract | **N/A** | **c/o Hovde Properties LLC 122 W Washington Avenue, Suite 350 Madison, WI 53703** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Intercompany accounting system; Agreement executed 11/17/2021; renewed on 11/16/2022; Waiver and Release executed 11/07/2023 by removing Advance Expense Management from the Order. | |
| | State the term remaining | | |
| | List the contract number of any government contract | N/A | Acumatica 3075 112th NE, Suite 205 Bellevue, WA 98004-8003 |

Debtor 1    **OvaInnovations. LLC**

Case number (*if known*)    **24-10663**

| First Name | Middle Name | Last Name |



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Alderfer Organic Eggs (Supplier) to OvaInnovations LLC (Company-purchaser): Liquid Egg Product Supply Agreement start date 05/28/2024; initial term expires 06/01/2025.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **N/A** | **Alderfer Organic Eggs 724 Harleysvile Pike Telford, PA 18969** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Sales Contract between OvaInnovations LLC (Supplier) and Alphia Inc. (Buyer) for sale of dried whole egg product.** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | **N/A** | **Alphia Inc. 322 Main Street Bern, KS 66408** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement executed 03/14/2022 between Applied Tech Solutions LLC and OvaInnvoations, LLC for IT support/services.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **N/A** | **Applied Tech 6662 Ronald Reagan Avenue Madison, WI 53704** |

Debtor 1    **OvaInnovations. LLC**                                           Case number (*if known*)    **24-10663**

| First Name | Middle Name | Last Name |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Sales Contract between OvaInnovations LLC (Supplier) and Barrett Pet Food Innovations (Buyer) for sale of protein dried inedible egg product.  First Amendment to Product Purchase Agreement dated 10/24/2022.** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | **N/A** | **Barrett Petfood Innovations**<br>**1348 State Hwy 25**<br>**Brainerd, MN 56401** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Sales Contract between OvaInnovations LLC (Supplier) and Bright Pet Nutrition Group (Buyer) for sale of dried whole egg product.** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | **N/A** | **Bright Pet Nutrition Group**<br>**38251 Industrial Park Road**<br>**Lisbon, OH 44432** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor-month to month** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Frederico Neves Brito, Unipessoal, LDA**<br>**Rua De Santo Antonio**<br>**No 167 Telheiro**<br>**Barriera, Portugal  2410-342 LEIRIA** |
| | List the contract number of any government contract | **N/A** | |

Debtor 1  **OvaInnovations. LLC**

Case number (*if known*)  **24-10663**

| First Name | Middle Name | Last Name |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease contract #36225 dated 11/08/2023 on 2016 Wabash Reefer trailer and 2014 Utility Reefer trailer** | |
| | State the term remaining | | **Capital Alliance Corp dba Advantage Trailer One SeaGate, 27th Floor Toledo, OH 43604** |
| | List the contract number of any government contract | **N/A** | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Sales Contract between OvaInnovations LLC (Supplier) and Cargill (Buyer) for sale of dried whole egg product.** | |
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | **N/A** | **Cargill 18001 West 106th Street, Suite 300 Olathe, KS 66061** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Carolina Egg Company Inc. (Supplier) to OvaInnovations LLC (Company-purchaser): Liquid Egg Product Supply Agreement dated 09/13/2023; with term start date of 12/01/2023 and terminates 12/31/2026.** | |
| | State the term remaining | | **Carolina Egg Company Inc. c/o Braswell Family Farms Willie Jervis 104 E. Cross Street Nashville, NC 27856** |
| | List the contract number of any government contract | | |

Debtor 1  **OvaInnovations. LLC**                                        Case number *(if known)*    **24-10663**

| First Name | Middle Name | Last Name |
|---|---|---|



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Center Fresh Egg Farm LLP (Supplier):  Liquid Egg Product Supply Agreement originally entered into on 04/09/2021; amended 11/04/2022 and expires 12/31/2026. | |
|---|---|---|---|
| | State the term remaining | | Center Fresh Egg Farm LLP c/o Versova Management Company Garfield Avenue Sioux Center, IA 51250 |
| | List the contract number of any government contract | N/A | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Centrum Valley Farms LLP (Supplier): Liquid Egg Product Supply Agreement originally entered into on 04/09/2021; amended 11/04/2022 and expires 12/31/2026. | |
|---|---|---|---|
| | State the term remaining | | Centrum Valley Farms LLP 100 Central Avenue Clarion, IA 50525 |
| | List the contract number of any government contract | N/A | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Contract Manufacturing Agreement dated 11/30/2021 between Crimson Holdings LLC and OvaInnovations LLC to manufacture materal into a dried finished good.  Term of Agreement begins 12/01/2021 and ends 12/31/2024. | |
|---|---|---|---|
| | State the term remaining | 9 months | |
| | List the contract number of any government contract | N/A | Crimson Holdings LLC PO Box 628276 Middleton, WI 53562 |

Debtor 1   **OvaInnovations. LLC**                                    Case number (*if known*)   **24-10663**

First Name          Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | | |
|---|---|---|---|
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Irrevocable Guaranty Agreement dated 11/30/2021 by OvaInnovations LLC, Guarantor for Crimson Holdings LLC, borrower, and Dairy Farmers of America, Inc.** | |
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | **N/A** | **Dairy Farmers of America, Inc. 1405 N. 98th Street Kansas City, KS 66111** |

| | | | |
|---|---|---|---|
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Dakota Layers, LLC (Supplier):  Inedible Liquid Egg Product Supply Agreement dated 11/30/2021 and expires 11/30/2024.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | **N/A** | **Dakota Layers, LLC Jason Ramsdell 811 W. Pipestone Avenue Flandreau, SD 57028** |

| | | | |
|---|---|---|---|
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Dakota Layers, LLC (Supplier): On Site Equipment Maintenance Agreement Addendum entered 06/13/2022 to maintain equipment purchased by OvaInnovations LLC.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | **N/A** | **Dakota Layers, LLC Jason Ramsdell 811 W. Pipestone Avenue Flandreau, SD 57028** |

Debtor 1  **OvaInnovations. LLC**

| First Name | Middle Name | Last Name |

Case number (*if known*)  **24-10663**



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Daybreak Foods, Inc. (Supplier):  Liquid Egg Product Supply Agreement entered into on 06/22/2022; initial term begins 07/01/2022 and ends 07/01/2025. First Amendment to Liquid Egg Supply Agreement entred into and made effective 0/27/2022; Second Amendment to Liquid Egg Supply Agreement entred into and made effective 06/27/2022. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | N/A | Daybreak Foods Inc. 533 East Tyranena Park Road Lake Mills, WI 53551 |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Annual agreement to sell all OvaInnovations' inedible egg products; renews automatically each October. | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | N/A | Durbin Associates Inc. PO Box 1794 Voorhees, NJ 08043 |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Contract between Dutt & Wagner (Supplier) and OvaInnovations LLC dated 05/11/2023 and ends  01/26/2028; contract for purchasing Liquid Egg Product. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | N/A | Dutt & Wagner of NC, Inc. Green Valley Poultry Farm Inc. 1142 W. Main Street Abingdon, VA 24212 |

Debtor 1   **OvaInnovations. LLC**

| | | | Case number (*if known*) | **24-10663** |
|---|---|---|---|---|

First Name        Middle Name        Last Name



### Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.21.** | State what the contract or lease is for and the nature of the debtor's interest | **East Creek Farms LLC (Supplier):  Liquid Egg Product Supply Agreement entered into on 10/11/2022 and ends in five (5) years.** | |
| | State the term remaining | | **East Creek Farms LLC** |
| | | | **ATTN:  Evan Flack** |
| | List the contract number of any government contract | **N/A** | **8818 State Route 274 New Bremen, OH 45869** |

| | | | |
|---|---|---|---|
| **2.22.** | State what the contract or lease is for and the nature of the debtor's interest | **Eggs R Us (Supplier): Liquid Egg Product Supply Agreement originally entered into on 09/22/2022; amended on 01/01/2024 and expires 12/31/2024.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | **N/A** | **Eggs R Us 205 N Adams Avenue Knob Noster, MO 65336** |

| | | | |
|---|---|---|---|
| **2.23.** | State what the contract or lease is for and the nature of the debtor's interest | **Eggs Unlimited - Riverview(Supplier): Liquid Egg Product Supply Agreement entered into on 11/20/2023 and initial term ends 12/31/2024.** | |
| | State the term remaining | | **Eggs Unlimited-Riverview** |
| | List the contract number of any government contract | **N/A** | **92 Corporate Park, Suite C-803 Irvine, CA 92606** |

Debtor 1  **OvaInnovations. LLC**

| First Name | Middle Name | Last Name |

Case number (*if known*)    **24-10663**



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| **2.24.** | State what the contract or lease is for and the nature of the debtor's interest | **Embrovac, LLC (Supplier) to OvaInnovations LLC (Company-purchaser): Liquid Egg Product Supply Agreement start date 05/28/2024; initial term expires 05/28/2025.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **N/A** | **Embrovac, LLC 616 Dairy Road Tamaqua, PA 18252** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **3 year Master Service Agreement (Transportation and Logistics) dated 06/27/2022; Freight brokerage firm provides logistics and transporation services.** | |
|---|---|---|---|
| | State the term remaining | **14 months** | |
| | List the contract number of any government contract | **N/A** | **eShipping LLC 10812 NW 45 Highway Parkville, MO 64152** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Fairfield Specialty Eggs LLC (Supplier):  Liquid Egg Product Supply Agreement entered into on 08/10/2022 and initial term ends 08/10/2025.** | |
|---|---|---|---|
| | State the term remaining | | **Fairfield Specialty Eggs LLC c/o FSE Processing LLC 1501 E. Industrial Drive Muscoda, WI 53573** |
| | List the contract number of any government contract | **N/A** | |

| Debtor 1 | **OvaInnovations. LLC** | | Case number (*if known*) | **24-10663** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Florin Frms Hatchery Inc. (Supplier):  Liquid Egg Product Supply Agreement entered into on 09/28/2022 and initial term ends 09/28/2025.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **N/A** | **Florin Frms Hatchery Inc. 625 Kraybill Church Road Mount Joy, PA 17552** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Giroux's Poultry Farm Inc. (Supplier): Liquid Egg Product Supply Agreement entered into on 09/08/2023 and initial term ends 12/31/2026.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **N/A** | **Giroux's Poultry Farm Inc. 8957 Route 9 Chazy, NY 12921** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Sales Contract between OvaInnovations LLC (Supplier) and Great Salt Lake Artmia (Buyer) for sale of protein dried inedible egg product.  First Amendment to Product Purchase Agreement dated 11/08/2022.** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | **N/A** | **Great Salt Lake Artemia 1750 W 2450 S Ogden, UT 84401** |

Debtor 1  **OvaInnovations. LLC**

Case number (*if known*)  **24-10663**

| First Name | Middle Name | Last Name |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.30.** State what the contract or lease is for and the nature of the debtor's interest | **Liquid Egg Product Supply Agreement originally entered into on 04/09/2021; amended 11/04/2022 and expires 12/31/2026.** |
| State the term remaining | |
| List the contract number of any government contract      **N/A** | **Hawkeye Pride Egg Farm c/o Versova Management Company 241 Street Andrews Way Sioux Center, IA 51250** |
| **2.31.** State what the contract or lease is for and the nature of the debtor's interest | **Hillandale Farms (Supplier):  Liquid Egg Product Supply Agreement entered into on 05/08/2023 and initial term ends 12/31/2026.** |
| State the term remaining | **Hillandale Farms Attn:  Eric Birkness 3910 Oxford Road Gettysburg, PA 17325** |
| List the contract number of any government contract      **N/A** | |
| 2.32. State what the contract or lease is for and the nature of the debtor's interest | **Parking License Agreement at Overture Center Parking Garage; leases 12 parking spaces.** |
| State the term remaining      **N/A** | **Hovde Building LLC c/o Hovde Properties LLC 122 W Washington Avenue, Suite 350 Madison, WI 53703** |
| List the contract number of any government contract      **N/A** | |

Debtor 1  **OvaInnovations. LLC**                                  Case number (*if known*)   **24-10663**

| First Name | Middle Name | Last Name |



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **NetSmart Support Agreement and Managed Print Services Agreement executed 01/12/2023; Managed Print Services Agreement (amended) executed 06/13/2023 and term runs for 63 months for a 2 HP Color MFP Printers and accessories.** | |
|---|---|---|---|
| | State the term remaining | **53 months** | **James Imaging Systems Company dba Laser Tech Systems 3375 Intertech Drive Brookfield, WI 53045** |
| | List the contract number of any government contract | **N/A** | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **John Hancock Retirement Plan Services for 401(k) benefit package provided to employees; Contract No. 145521.** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **John Hancock 197 Clarendon Street Boston, MA 02116** |
| | List the contract number of any government contract | **N/A** | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Sales Contract between OvaInnovations LLC (Supplier) and Kraft Heinz Foods Company (Buyer) for sale of egg product dated 02/23/2023.** | |
|---|---|---|---|
| | State the term remaining | | **Kraft Heinz Foods Company 200 E. Randolph Street, Suite 7600 Chicago, IL 60601** |
| | List the contract number of any government contract | **N/A** | |

| Debtor 1 | **OvaInnovations. LLC** | | Case number (*if known*) | **24-10663** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **HSA/FSA  - Health Savings Account contract.** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | **N/A** | **Lively 7601 Penn Avenue S Richfield, MN 55423** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Nest Fresh Eggs (Supplier):  Liquid Egg Product Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **N/A** | **Nest Fresh Eggs 1226 Kauffman Road West Greencastle, PA 17225** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Opal Foods LLC (Supplier out of Missouri facility): Liquid Egg Product Supply Agreement entered into on 05/01/2023 and initial term ends 05/01/2024; amended to adjust liquid price per pound for period beginning 01/01/2024 and ending 12/31/2024.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **N/A** | **Opal Foods Co-op, Inc. 16194 Highway 59 Neosho, MO 64850** |

| Debtor 1 | **OvaInnovations. LLC** | | Case number *(if known)* | **24-10663** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | Opal Foods LLC (Supplier out of IA): Liquid Egg Product Supply Agreement entered into on 01/01/2023 and initial term ends 01/01/2028. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | N/A | Opal Foods LLC 16194 Highway 59 Neosho, MO 64850 |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | Vehicle Lease Service Agreement - 0064W00001BJKAGQAZ for a 2024 Freightliner New Cascadia 126 TADCNB Day Cab executed on 09/27/2022; Lease term is 60 months. | |
|---|---|---|---|
| | State the term remaining | 41 months | Penske Rental Leasing Logistics Sarah Kledzik - Jenna Marciniak 12222 Williams Road Perrysburg, OH 43551 |
| | List the contract number of any government contract | N/A | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | Vehicle Lease Service Agreement 0064W00001JGNG8QAD for a 2025 Freightliner New Cascadia 126 TADCNB Day Cab executed on 10/30/2023; Lease term is 60 months. | |
|---|---|---|---|
| | State the term remaining | 54 months | Penske Rental Leasing Logistics Sarah Kledzik - Jenna Marciniak 12222 Williams Road Perrysburg, OH 43551 |
| | List the contract number of any government contract | N/A | |

| Debtor 1 | **OvaInnovations. LLC** | | | Case number (*if known*) | **24-10663** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | Pete & Gerry's Organics LLC-GC (Supplier):  Liquid Egg Product Supply Agreement entered into on 07/14/2021 and initial term ends 07/14/2023. | |
|---|---|---|---|
| | State the term remaining | | Pete & Gerry's Organics LLC-GC 140 Buffum Road Monroe, NH 03771 |
| | List the contract number of any government contract | N/A | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Dental/Vision/Life/Disability contract** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | **N/A** | **Prinicple 711 High Street Des Moines, IA 50392** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Rental Agreement dated 09/07/2022 between REF Leasing Co., (Rentor) and OvaInnovations (Rentee) for a R33170 Fristam Pumps; Micer Liquid.** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | **N/A** | **REF Leasing Company Inc. 245 E North Avenue Carol Stream, IL 60188** |

Debtor 1   **OvaInnovations. LLC**                                    Case number (*if known*)   **24-10663**

| First Name | Middle Name | Last Name |



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

---

**2.45.**   State what the contract or lease is for and the nature of the debtor's interest — **Rindler Poultry (Supplier):  Liquid Egg Product Supply Agreement entered into on 10/11/2022 and ends in five (5) years.**

State the term remaining

List the contract number of any government contract   **N/A**

**Rindler Poultry
Jay Rindler
5424 Watkins Road
Saint Henry, OH 45883**

---

**2.46.**   State what the contract or lease is for and the nature of the debtor's interest — **Ross Medford Farms (Supplier):  Liquid Egg Product Supply Agreement entered into on 10/11/2022 and ends in five (5) years.**

State the term remaining

List the contract number of any government contract   **N/A**

**Ross Medford Farms
ATTN: Brian Winner
13803 Ross Medford Road
New Weston, OH 45348**

---

**2.47.**   State what the contract or lease is for and the nature of the debtor's interest — **Sales Contract between OvaInnovations LLC (Supplier) and Royal Canin (Buyer) for sale of egg powder HI-Pro.**

State the term remaining   **N/A**

List the contract number of any government contract   **N/A**

**Royal Canin
500 Fountain Lakes Boulevard
Saint Charles, MO 63301**

---

**2.48.**   State what the contract or lease is for and the nature of the debtor's interest — **Simpson's Eggs (Supplier):  Liquid Egg Product Supply Agreement entered into on 01/01/2024 and ends 12/31/2026.**

State the term remaining

List the contract number of any government contract   **N/A**

**Simpson's Eggs
ATTN:  Jake Simmons
5015 NC-218
Monroe, NC 28110**

---

| Debtor 1 | **OvaInnovations. LLC** | | Case number *(if known)* | **24-10663** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Month to month 3rd party storage contract; currently nothing stored in unit.** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | **N/A** | **Spectrum Warehousing LLC**<br>**21010 Trolley Industrial Drive**<br>**Taylor, MI 48180** |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Utility service; month to month.** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | **N/A** | **Straight Talk, Inc.**<br>**ATTN:  Executive Resolution Dept**<br>**9700 NW 112 Avenue**<br>**Miami, FL 33178** |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Sales Contract between OvaInnovations LLC (Supplier) and The JM Smucker Co. (Buyer) for sale of cage-free dried whole egg product.** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **The JM Smucker Co.**<br>**Big Heart Pet Brands**<br>**One Strawberry Lane**<br>**PO Box 280**<br>**Orrville, OH 44667** |
| | List the contract number of any government contract | **N/A** | |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Liquid Egg Product Supply Agreement originally entered into on 04/16/2021; amended 11/04/2022 and expires 12/31/2026.** | |
|---|---|---|---|
| | State the term remaining | | **Trillium Farm Holdings LLC**<br>**c/o Versova Management Company**<br>**10513 Croton Road**<br>**Johnstown, OH 43031** |
| | List the contract number of any government contract | **N/A** | |

Debtor 1    **OvaInnovations. LLC**                                    Case number (*if known*)    **24-10663**
_____                            _____
First Name          Middle Name          Last Name



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Medical insurance provider; contract agreement.** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | **N/A** | **United Healthcare**<br>**PO Box 30769**<br>**Salt Lake City, UT 84130** |

**Fill in this information to identify the case:**

Debtor name    **OvaInnovations. LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WISCONSIN

Case number (if known)    **24-10663**

☒ Check if this is an amended filing

## Official Form 206H - AMENDED
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Anada Edible, LLC** | **316 W. Washington Avenue, Suite 500 Madison, WI 53703** | **IsoNova Technologies LLC** | ☒ D **2.1** ☐ E/F ☐ G |
| 2.2 | **Anada ESM, LLC** | **316 W. Washington Avenue, Suite 500 Madison, WI 53703** | **IsoNova Technologies LLC** | ☒ D **2.1** ☐ E/F ☐ G |
| 2.3 | **Anada Protein, LLC** | **316 W. Washington Avenue, Suite 500 Madison, WI 53703** | **IsoNova Technologies LLC** | ☒ D **2.1** ☐ E/F ☐ G |
| 2.4 | **Anada, Inc.** | **316 W. Washington Avenue, Suite 500 Madison, WI 53703** | **IsoNova Technologies LLC** | ☒ D **2.1** ☐ E/F ☐ G |
| 2.5 | **Anada, Inc.** | **316 W. Washington Avenue, Suite 500 Madison, WI 53703** | **CSC Leasing Company** | ☐ D ☒ E/F **3.13** ☐ G |

| Debtor | **OvaInnovations. LLC** | Case number *(if known)* | **24-10663** |

| | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Crimson Holdings, LLC** | **316 W. Washington Avenue, Suite 500 Madison, WI 53703** | **IsoNova Technologies LLC** | ☒ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.7 | **Crimson Holdings, LLC** | **316 W. Washington Avenue, Suite 500 Madison, WI 53703** | **Univar Solutions USA** | ☐ D ____ ☒ E/F __3.85__ ☐ G ____ |
| 2.8 | **Jennifer Rettig (Limited Guarantor)** | **6934 Frank Lloyd Wright Avenue Middleton, WI 53562 Limited Guarantor** | **IsoNova Technologies LLC** | ☒ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.9 | **David Rettig** | **6934 Frank Lloyd Wright Avenue Middleton, WI 53562** | **IsoNova Technologies LLC** | ☒ D __2.1__ ☐ E/F ____ ☐ G ____ |

| Fill in this information to identify the case: |
|---|
| Debtor name   **OvaInnovations. LLC** |
| United States Bankruptcy Court for the:   WESTERN DISTRICT OF WISCONSIN |
| Case number (if known)   **24-10663** |

☒ Check if this is an amended filing

## Official Form 207 - AMENDED

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2024** to **Filing Date** | ☒ Operating a business ☐ Other _____ | **$4,822,954.00** |
| ~~From the beginning of the fiscal year to filing date:~~ ~~From  1/01/2024 to Filing Date~~ | ☐ ~~Operating a business~~ ☒ Other  ~~Disregarded; entity passed through Anada Inc.~~ | ~~$0.00~~ |
| **For prior year:** From  **1/01/2023** to **12/31/2023** | ☒ Operating a business ☐ Other _____ | **$55,033,956.00** |
| ~~For prior year:~~ ~~From  1/01/2023 to 12/31/2023~~ | ☐ ~~Operating a business~~ ☒ Other  ~~Disregarded; entity passed through Anada Inc.~~ | ~~$0.00~~ |
| **For year before that:** From  **1/01/2022** to **12/31/2022** | ☒ Operating a business ☐ Other _____ | **$76,497,397.00** |
| ~~For year before that:~~ ~~From  1/01/2022 to 12/31/2022~~ | ☐ ~~Operating a business~~ ☒ Other  ~~Disregarded; entity passed through Anada Inc.~~ | ~~$0.00~~ |

| Debtor | **OvaInnovations. LLC** | Case number *(if known)*  24-10663 |
|---|---|---|

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

---

**Part 2:**  List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Acumatica**<br>**3075 112th NE, Suite 205**<br>**Bellevue, WA 98004-8003** | **February 2024 = $9454.11; March 2024 = $3151.37** | $12,605.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☒ Other **Lease/Utility payment for ERP System services** |
| 3.2. | **Applied Tech**<br>**6662 Ronald Reagan Avenue**<br>**Madison, WI 53704** | **February 2024** | $33,510.97 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☒ Other **IT - Network services** |
| 3.3. | **DimeSoft Business Solutions Inc.**<br>**1440 Beaumont Ave, Suite A2379**<br>**Beaumont, CA 92223** | **January and February 2024** | $15,015.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☒ Other **Lease/Utility payment for ERP System services** |
| 3.4. | **Frederico Neves Brito, Unip, LDA**<br>**Rua De Santo Antonio**<br>**No 167 Telheiro**<br>**Barriera, Portugal  2410-342 LEIRIA** | **February 2024 and March 2024** | $20,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

| Debtor | **OvaInnovations. LLC** | Case number *(if known)*  **24-10663** |
|---|---|---|

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **IsoNova Technologies LLC v. Rettig et al; Stipulation with Prejudice efiled 12/4/2023; case dismissed 1:20-cv-00071-CJW-KEM** | **28:1332 Diversity- Misappropriation of Trade Secrets** | **US District Court Northern District of Iowa 111 Seventh Avenue SE Cedar Rapids, IA 52401- 2101** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.2. | **Daybreak Foods, Inc. v. OvaInnovations, LLC (Arbitration case) AAA Case No. 01-23-0003- 4094** | **- Daybreak brought an arbitration action on August 1, 2023 alleging a breach of contract against OvaInnoations. The parties agreed to an expedited arbitration process. A settlement agreement was signed on October 23, 2023.** | **American Arbitration Association Detroit Regional Office 39555 Orchard Hill Place, Suite 140 Novi, MI 48375** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

**8. Assignments and receivership**

| Debtor | **OvaInnovations. LLC** | Case number *(if known)*    **24-10663** |
|---|---|---|

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Trailer totaled out - was backed into by a 3rd party truck** | **Insurance coverage was paid by 3rd party insurance coverage = $21,978.34** | **August 2023** | **$21,978.34** |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Krekeler Law SC**<br>**26 Schroeder Court, Suite 300**<br>**Madison, WI 53711** | **04/08/2024 = $17,454.00** | **04/08/2024** | **$17,454.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☒ None.

| Debtor | **OvaInnovations. LLC** | Case number *(if known)* | **24-10663** |

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
| --- | --- | --- |
| 14.1. | **OvaInnovations, LLC 345 W Washington Ave, Suite 400A & 400B Madison, WI 53703** | **March 2021 - October 2022** |
| 14.2. | **OvaInnovations LLC c/o David Rettig 6934 Frank Lloyd Wright Avenue Middleton, WI 53562** | **March 2020 - March 2021** |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

**Information disclosed pursuant to sales contracts with suppliers: Alphia Inc; Barrett Petfood Innovations; Bright Pet Nutrition Group; Cargill; Great Salt Lake Artemia; Royal Canin; The JM Smucker Co.**

Does the debtor have a privacy policy about that information?
☐ No
☒ Yes

| Debtor | **OvaInnovations. LLC** | Case number *(if known)* | 24-10663 |

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **John Hancock Retirement Plan** | EIN: |

Has the plan been terminated?
☒ No
☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **First Dakota National Bank Loft Advisors 202 N Main Avenue, Suite 201 Sioux Falls, SD 57104** | **XXXX-0344** | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **First Dakota National Bank - Checking acct#111030344 closed on 04/12/2024; all funds transferred to BMO Bank NA, DIP Account no. xxx5292 on 04/16/2024** | **$590,604.06** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Debtor   **OvaInnovations. LLC**                                      Case number *(if known)*  **24-10663**

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

---

Debtor    **OvaInnovations. LLC**                                                    Case number *(if known)*  **24-10663**

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Frost, PLLC**<br>**425 West Capital, Suite 3300**<br>**Little Rock, AR 72201** | **2020 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **See attached names of entities that**<br>**a Non-disclosure finance statement**<br>**may have been issued** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

Debtor   **OvaInnovations. LLC**                                          Case number *(if known)*   **24-10663**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **David Rettig**<br>**6934 Frank Lloyd Wright Avenue**<br>**Middleton, WI 53562** | **Total gross wages paid from 04/08/2023 - 04/08/2024 = $325,283.35** | **Wages paid from 04/08/2023 - 04/08/2024** | **Effective March 25, 2024, Mr. Rettig reduced his wages gross wages to $200,000 per year.** |
| | **Relationship to debtor**<br>**President/Owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **OvaInnovations. LLC**                                    Case number *(if known)*    **24-10663**

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __June 10, 2024__

| | |
|---|---|
| **/s/ David Rettig** | **David Rettig** |
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

Debtor  **OvaInnovations. LLC**                                    Case number (if known)  **24-10663**

| Part 14: | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **June 10, 2024**

/s/ David Rettig                                  **David Rettig**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☒ Yes

OVAINNOVATIONS, LLC – 24-10663
Supplemental Matrix

Capital Alliance Corp
dba Advantage Trailer
One SeaGate, 27th Floor
Toledo, OH 43604

Dakota Layers, LLC
Jason Ramsdell
811 W. Pipestone Avenue
Flandreau, SD 57028

Egg Clearinghouse Inc (ECI)
PO Box 817
Dover, NH 03821-0817

Foster, Swift, Collins & Smith PC
313 S. Washington Square
Lansing, MI 48933

Iowa Cage Free, LLP
c/o Versova
1035 200th Street
Goldfield, IA 50542

New Day Farm LLC
aka Daybreak Foods Inc.
533 East Tyranena Park Road
Lake Mills, WI 53551

Ryan Transportation Service
c/o Euler Hermes, dba Alliance Trade
100 International Drive, 22nd Floor
Baltimore, MD 21202

Jonathan Spurway
Rembrandt Foods
1419 480th Street
Rembrandt, IA 50576

Univar Solutions USA
ATTN: Kirsten Nitz
6000 Parkwood Place
Dublin, OH 43016

Attorney Erin A. West
Godfrey Kahn SC
One East Main Street, Suite 500
Madison, WI 53703